JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY McKINNEY, | ) | NO. CV 22-8985-RGK (AGR) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| K. LANSLET, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus is summarily dismissed.

DATED: 10/27/2023

_____
R. GARY KLAUSNER
United States District Judge